*E-FILED - 11/10/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR PALACIOS, | ) | No. C 09-1043 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| WARDEN A. HEDGPETH, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant action for failure to exhaust. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/6/09

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Palacios043jud.wpd